IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ASHLEY FILLIPS | § |
| | § |
| VS. | § CAUSE NO. 1:17-cv-296 |
| | § |
| RODERICK DEWAYNE JONES | § |
| AND BOYD BROS. TRANSPORTATION, | § |
| INC. | § |

## STIPULATION OF DISMISSAL

To: The Clerk of the above entitled Court and all Parties and their respective attorneys of record:

COMES NOW, PLAINTIFF, **ASHLEY FILLIPS** and DEFENDANTS, **RODERICK DEWAYNE JONES AND BOYD BROS. TRANSPROTATION, INC** and each of them, by and through their respective attorneys of record, and stipulate pursuant to the terms and conditions of the ruling of the Court to dismiss the action in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1).

IT IS ORDERED, ADJUDGED AND DECREED by this Court that all costs of Court incurred in this cause are hereby taxed and assessed against the party incurring same.

DATE: _____

Respectfully submitted,

                          **ROEBUCK, THOMAS, ROEBUCK & ADAMS**

By:      /s/Jeffrey T. Roebuck
        Jeffrey T. Roebuck
        Texas State Bar No.: 24027812
        476 Oakland Street
        Beaumont, Texas 77701
        TPN: (409) 892-8227
        FXN: (409 892-8318
        Email: jeff@roebuckthomas.com

***COUNSEL FOR PLAINTIFF ASHLEY FILLIPS***

**FENLEY & BATE, L.L.P.**

By:      /s/Warren T. McCollum
        Warren T. McCollum
        Texas State Bar No.: 24013127
        P.O. Box 450
        Lufkin, Texas 75902-0450
        TPN: (936) 634-3346
        FXN: (936) 639-5874
        Email: wmccollum@fenley-bate.com