| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ASHLEY FILLIPS, §
§
      Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:17-CV-296
§
RODERICK DEWAYNE JONES and §
BOYD BROS. TRANSPORTATION, INC., §
§
      Defendants. §

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 15) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 15th day of March, 2018.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE